UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SAUL CORTES CAMPOS,
on behalf of himself and on behalf of all
similarly situated,

      Plaintiff,

v.

CASTERDEPOT INC., a domestic profit
corporation, and MICHAEL B. PLONT,
an individual, jointly and severally,

      Defendants.

Case No. 1:25-cv-00875

Honorable Paul L. Maloney

---

| | |
|---|---|
| Robert Anthony Alvarez (P66954) | Elizabeth Wells Skaggs (P62133) |
| Victor M. Jimenez (P85194) | Ashleigh E. Draft (P83906) |
| Avanti Law Group, PLLC | Varnum LLP |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 600 28th Street, SW | Bridgewater Place, P.O. Box 352 |
| Wyoming, MI  49509 | Grand Rapids, MI  49501-0352 |
| (616) 257-6807 | (616) 336-6000 |
| ralvarez@avantilaw.com | ewskaggs@varnumlaw.com |
| vjimenez@avantilaw.com | aedraft@varnumlaw.com |

---

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT
AND ENTRY OF STIPULATED ORDER OF DISMISSAL**

      For the reasons set forth in the brief filed herewith, Plaintiff, Saul Cortes Campos, and

Defendants, CasterDepot Inc. and Michael B. Plont, through their counsel, move for approval of

2

their settlement agreement and for entry of a stipulated order of dismissal. A copy of the proposed order is filed contemporaneously with this Joint Motion.

Respectfully submitted,

| | |
|---|---|
| By:/s/ *Robert Anthony Alvarez (w/permission)* | By:/s/ *Ashleigh E. Draft* |
| Robert Anthony Alvarez (P66954) | Elizabeth Wells Skaggs (P62133) |
| Victor M. Jimenez (P85194) | Ashleigh E. Draft (P83906) |
| Avanti Law Group, PLLC | Varnum LLP |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 600 28th Street, SW | Bridgewater Place, P.O. Box 352 |
| Wyoming, MI  49509 | Grand Rapids, MI  49501-0352 |
| (616) 257-6807 | (616) 336-6000 |
| ralvarez@avantilaw.com | ewskaggs@varnumlaw.com |
| vjimenez@avantilaw.com | aedraft@varnumlaw.com |

Dated:  February 4, 2026