UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SAUL CORTES CAMPOS,
on behalf of himself and on behalf of all
similarly situated,

      Plaintiff,

v.

CASTERDEPOT INC., a domestic profit
corporation, and MICHAEL B. PLONT,
an individual, jointly and severally,

      Defendants.

Case No. 1:25-cv-00875

Honorable Paul L. Maloney

---

| | |
|---|---|
| Robert Anthony Alvarez (P66954) | Elizabeth Wells Skaggs (P62133) |
| Victor M. Jimenez (P85194) | Ashleigh E. Draft (P83906) |
| Avanti Law Group, PLLC | Varnum LLP |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 600 28th Street, SW | Bridgewater Place, P.O. Box 352 |
| Wyoming, MI 49509 | Grand Rapids, MI 49501-0352 |
| (616) 257-6807 | (616) 336-6000 |
| ralvarez@avantilaw.com | ewskaggs@varnumlaw.com |
| vjimenez@avantilaw.com | aedraft@varnumlaw.com |

---

**ORDER REGARDING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND ENTRY OF STIPULATED ORDER OF DISMISSAL**

      Plaintiff and Defendants having submitted a Joint Motion for Approval of Settlement Agreement and Entry of Stipulated Order of Dismissal, and the Court having scrutinized the settlement agreement for fairness, and having concluded that the terms of the settlement are fair,

      IT IS HEREBY ORDERED that the settlement agreement between Plaintiff and Defendants is approved.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendants are dismissed, with prejudice and without costs.

IT IS FURTHER ORDERED that the Clerk of Court shall modify access to the settlement agreement (ECF No. 22) so that it is available for public inspection.

Date: February 5, 2026                    /s/ Paul L. Maloney
                                          Honorable Paul L. Maloney
                                          United States District Judge